UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUREKA BUILDING, INC.,

    Plaintiff,

v.

CITY OF TROY and TROY CITY COUNCIL,

    Defendants.

Case No. 20-10870
Honorable Laurie J. Michelson
Magistrate Judge Anthony P. Patti

# JUDGMENT

In accordance with the opinion and order entered today granting the City of Troy's Motion to Dismiss, it is hereby ORDERED and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

Dated this 24th day of November, 2020 in Detroit, Michigan.

DAVID J. WEAVER
CLERK OF THE COURT

By: s/Erica Karhoff
    DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: November 24, 2020